IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, #264 274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-827-WHA-SRW |
| | ) |
| OFFICER J. ELLIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's objection to the December 21, 2020, Recommendation of the Magistrate Judge, considered a motion to amend the complaint, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. 7) is WITHDRAWN.

It is further

ORDERED that the motion to amend complaint (Doc. 8) is GRANTED.

DONE, this 11th day of January 2021.

/s/   Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE