IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, AIS 264274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-827-ECM |
| | ) |
| OFFICER J. ELLIS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 23, 2023, the Magistrate Judge entered a Recommendation (doc. 38) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 38) is ADOPTED;

2. The Defendant's Answer and Special Report (doc. 21) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 21) is GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 28th day of November, 2023.

                                            /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE